DARIN D. PINTO, ESQ.
376 SOUTH AVENUE EAST
WESTFIELD, NJ  07090

Re:  JAMES PETERS                                      Atty:  DARIN D. PINTO, ESQ.
     JUDITH PETERS                                            376 SOUTH AVENUE EAST
     1526 CORNELL DRIVE                                       WESTFIELD, NJ  07090
     LINDEN, NJ  07036

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024
Chapter 13 Case # 19-10084

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $38,325.00**

## RECEIPTS AS OF 01/01/2024    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 02/01/2019 | $750.00 | 5584853000 | 03/01/2019 | $750.00 | 5659776000 |
| 04/01/2019 | $750.00 | 5748613000 | 05/02/2019 | $540.00 | 5827802000 |
| 06/03/2019 | $540.00 | 5901212000 | 07/01/2019 | $540.00 | 5981415000 |
| 08/01/2019 | $540.00 | 6056931000 | 09/03/2019 | $540.00 | 6142491000 |
| 10/02/2019 | $540.00 | 6221460000 | 11/04/2019 | $540.00 | 6298124000 |
| 12/02/2019 | $540.00 | 6369469000 | 01/02/2020 | $540.00 | 6447404000 |
| 02/03/2020 | $540.00 | 6524033000 | 03/02/2020 | $540.00 | 6597845000 |
| 04/02/2020 | $540.00 | 6678418000 | 05/01/2020 | $540.00 | 6754072000 |
| 06/01/2020 | $540.00 | 6832857000 | 07/01/2020 | $540.00 | 6906748000 |
| 08/03/2020 | $540.00 | 6983731000 | 09/01/2020 | $540.00 | 7054039000 |
| 09/24/2020 | $540.00 | 7106792000 | 11/02/2020 | $540.00 | 7204036000 |
| 12/01/2020 | $540.00 | 7272801000 | 01/04/2021 | $375.00 | 7348346000 |
| 02/02/2021 | $375.00 | 7423131000 | 03/01/2021 | $375.00 | 7490270000 |
| 04/01/2021 | $375.00 | 7566046000 | 05/03/2021 | $375.00 | 7640198000 |
| 06/02/2021 | $375.00 | 7710420000 | 07/01/2021 | $375.00 | 7778665000 |
| 08/02/2021 | $375.00 | 7851204000 | 09/01/2021 | $375.00 | 7917071000 |
| 10/01/2021 | $375.00 | 7983404000 | 11/01/2021 | $375.00 | 8053546000 |
| 12/03/2021 | $375.00 | 8122925000 | 01/03/2022 | $375.00 | 8183464000 |
| 02/02/2022 | $375.00 | 8248316000 | 03/02/2022 | $375.00 | 8310213000 |
| 04/01/2022 | $375.00 | 8376814000 | 05/02/2022 | $375.00 | 8439180000 |
| 06/02/2022 | $375.00 | 8504723000 | 07/01/2022 | $375.00 | 8562682000 |
| 08/01/2022 | $375.00 | 8622937000 | 09/02/2022 | $375.00 | 8682767000 |
| 10/03/2022 | $375.00 | 8738204000 | 11/03/2022 | $375.00 | 8807841000 |
| 12/05/2022 | $450.00 | 8861877000 | 01/06/2023 | $450.00 | 8925734000 |
| 02/06/2023 | $450.00 | 8982650000 | 02/06/2023 | $450.00 | 8982781000 |
| 04/03/2023 | $450.00 | 9088071000 | 05/04/2023 | $450.00 | 9151255000 |
| 06/07/2023 | $450.00 | 9211009000 | 07/06/2023 | $450.00 | 9258934000 |
| 08/04/2023 | $450.00 | 9311055000 | 09/08/2023 | $450.00 | 9369423000 |

**Chapter 13 Case # 19-10084**

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/10/2023 | $450.00 | 9420997000 | 11/08/2023 | $450.00 | 9473133000 |
| 12/08/2023 | $450.00 | 9522316000 | | | |

**Total Receipts: $27,525.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $27,525.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024     (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| CAPITAL ONE AUTO FINANCE | | | | | | |
| | 12/16/2019 | $306.00 | 839,307 | | | |
| CARRINGTON MORTGAGE SERVICES LLC | | | | | | |
| | 12/12/2022 | $135.21 | 902,068 | 01/09/2023 | $162.25 | 903,559 |
| | 02/13/2023 | $162.25 | 905,063 | 03/13/2023 | $324.50 | 906,678 |
| MIDFIRST BANK | | | | | | |
| | 05/15/2023 | $263.00 | 909,854 | 05/15/2023 | $162.25 | 909,854 |
| | 06/12/2023 | $260.22 | 911,311 | 06/12/2023 | $160.53 | 911,311 |
| | 07/17/2023 | $260.22 | 912,830 | 07/17/2023 | $160.53 | 912,830 |
| | 08/14/2023 | $260.22 | 914,348 | 08/14/2023 | $160.53 | 914,348 |
| | 09/18/2023 | $260.22 | 915,844 | 09/18/2023 | $160.53 | 915,844 |
| | 10/16/2023 | $260.22 | 917,345 | 10/16/2023 | $160.53 | 917,345 |
| | 11/13/2023 | $256.04 | 918,773 | 11/13/2023 | $157.96 | 918,773 |
| | 12/11/2023 | $256.04 | 920,197 | 12/11/2023 | $157.96 | 920,197 |
| Wells Fargo Bank, N.A | | | | | | |
| | 06/17/2019 | $265.15 | 828,495 | 07/15/2019 | $518.40 | 830,370 |
| | 08/19/2019 | $518.40 | 832,449 | 09/16/2019 | $518.40 | 834,387 |
| | 10/21/2019 | $531.90 | 836,493 | 11/18/2019 | $511.92 | 838,486 |
| | 12/16/2019 | $205.92 | 840,351 | 01/13/2020 | $511.92 | 842,254 |
| | 02/10/2020 | $511.92 | 844,121 | 03/16/2020 | $511.92 | 846,077 |
| | 04/20/2020 | $511.92 | 848,047 | 05/18/2020 | $486.00 | 849,779 |
| | 06/15/2020 | $486.00 | 851,482 | 07/20/2020 | $499.50 | 853,368 |
| | 08/17/2020 | $499.50 | 855,170 | 09/21/2020 | $499.50 | 857,080 |
| | 10/19/2020 | $499.50 | 858,891 | 11/16/2020 | $499.50 | 860,656 |
| | 12/21/2020 | $499.50 | 862,573 | 01/11/2021 | $499.50 | 864,125 |
| | 02/22/2021 | $346.88 | 866,101 | 03/15/2021 | $346.88 | 867,669 |
| | 04/19/2021 | $346.88 | 869,587 | 05/17/2021 | $346.88 | 871,375 |
| WILMINGTON SAVINGS FUND SOCIETY FSB | | | | | | |
| | 06/21/2021 | $352.50 | 873,257 | 07/19/2021 | $352.50 | 874,964 |
| | 08/16/2021 | $352.50 | 876,679 | 09/20/2021 | $352.50 | 878,475 |
| | 10/18/2021 | $352.50 | 880,198 | 11/17/2021 | $356.25 | 881,863 |
| | 12/13/2021 | $356.25 | 883,503 | 01/10/2022 | $356.25 | 885,151 |
| | 02/14/2022 | $356.25 | 886,887 | 03/14/2022 | $356.25 | 888,550 |
| | 04/18/2022 | $361.88 | 890,332 | 05/16/2022 | $361.88 | 891,955 |
| | 06/20/2022 | $361.88 | 893,722 | 07/18/2022 | $361.88 | 895,334 |
| | 08/15/2022 | $361.88 | 896,881 | 09/19/2022 | $361.88 | 898,568 |
| | 10/17/2022 | $361.88 | 900,167 | 11/14/2022 | $219.17 | 901,741 |
| | 11/14/2022 | $135.21 | 901,741 | 12/12/2022 | $219.17 | 903,259 |
| | 01/09/2023 | $263.00 | 904,753 | 02/13/2023 | $263.00 | 906,345 |
| | 03/13/2023 | $526.00 | 907,916 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,648.54 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,375.00 | 100.00% | 2,375.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ARS ACCOUNT RESOLUTION | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | AMERICAN EXPRESS BANK | UNSECURED | 696.61 | * | 0.00 | |

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0005 | BANK OF AMERICA | UNSECURED | 5,596.71 | * | 0.00 | |
| 0007 | BUSINESS REVENUE SYSTEMS, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | CAPITAL ONE AUTO FINANCE | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0010 | COMENITY BANK/NY & CO. | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | BUREAUS INVESTMENT GROUP PORTFO | UNSECURED | 556.66 | * | 0.00 | |
| 0012 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 1,087.01 | * | 0.00 | |
| 0013 | US BANK NATIONAL ASSOCIATION | UNSECURED | 4,563.19 | * | 0.00 | |
| 0015 | HYUNDAI CAPITAL AMERICA | UNSECURED | 2,764.05 | * | 0.00 | |
| 0017 | CAPITAL ONE NA | UNSECURED | 1,090.47 | * | 0.00 | |
| 0018 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 2,534.23 | * | 0.00 | |
| 0020 | MIDLAND FUNDING LLC | UNSECURED | 1,534.25 | * | 0.00 | |
| 0021 | MOTION FEDERAL CREDIT UNION | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | NISSAN MOTOR ACCEPTANCE CORP | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0023 | OVERLOOK MEDICAL CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | SYNCB/MC | UNSECURED | 0.00 | * | 0.00 | |
| 0029 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 460.58 | * | 0.00 | |
| 0030 | SIMONS AGENCY INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 262.38 | * | 0.00 | |
| 0032 | THE BUREAUS INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0036 | WAYPOINT RESOURCE GROUP | UNSECURED | 0.00 | * | 0.00 | |
| 0037 | MIDFIRST BANK | MORTGAGE ARRE | 25,081.89 | 100.00% | 20,873.26 | |
| 0040 | SIMONS AGENCY INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0041 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 639.97 | * | 0.00 | |
| 0042 | BANK OF AMERICA | UNSECURED | 3,586.45 | * | 0.00 | |
| 0043 | EMERGENCY PHYSICIAN ASSOCIATES N | UNSECURED | 173.57 | * | 0.00 | |
| 0044 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 188.85 | * | 0.00 | |
| 0045 | SECRETARY OF HOUSING & URBAN DEV | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0046 | CAPITAL ONE AUTO FINANCE | ADMINISTRATIVE | 306.00 | 100.00% | 306.00 | |
| 0047 | MIDFIRST BANK | (NEW) MTG Agree | 4,954.56 | 100.00% | 2,358.20 | |

Total Paid: $27,561.00
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 12, 2024.

Receipts: $27,525.00      -      Paid to Claims: $23,537.46      -      Admin Costs Paid: $4,023.54      =      Funds on Hand: $414.00

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.