Certificate Number: 05781-NJ-DE-040417190

Bankruptcy Case Number: 19-10084



05781-NJ-DE-040417190

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 15, 2025, at 4:52 o'clock PM PST, Judith Peters completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   December 15, 2025                By:   /s/Allison M Geving

                                         Name: Allison M Geving

                                         Title: President