Certificate Number: 05781-NJ-DE-040417189

Bankruptcy Case Number: 19-10084



05781-NJ-DE-040417189

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 15, 2025, at 4:52 o'clock PM PST, James Peters completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   December 15, 2025             By:    /s/Allison M Geving

Name:  Allison M Geving

Title:   President