| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | **JAMES PETERS** |
| Debtor 2 (Spouse, if filing) | **JUDITH PETERS** |
| Unites States Bankruptcy Court for the: | **District of New Jersey** (State) |
| Case Number: | **19-10084** |

Official Form 410C13-N

# Trustee's Notice of Disbursements Made                 12/25

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

### Part 1: Mortgage Information

**Name of claim holder:**   MIDFIRST BANK

**Court claim no.** (if known):   9

**Last 4 digits** of any number you use to identify the debtor's account     3   3   5   6

**Property Address:**     1526 CORNELL DRIVE
LINDEN, NJ  07036-5407

### Part 2: Statement of Completion

The debtor has completed all payments due under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

### Part 3: Arrearages

|  | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ 25,081.89 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 25,081.89 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ 4,954.56 |
| d. Total amount of arrearages disbursed by the trustee: | $ 30,036.45 |

| Part 4: | Postpetition Mortgage Payment |

*Check one*

☒ Postpetition payments are made by the debtor.
☐ Postpetition payments are paid through the trustee.
☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice:  $ 4,954.56

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on _____. subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claim

| Part 5: | Postpetition Fees, Expenses, and Charges |

Amount of postpetition fees, expenses, and charges disbursed by the trustee:    (d)  $ -0-

| Part 6: | A Response Is Required By Bankruptcy Rule 3002.1(g) |

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ /s/ Marie-Ann Greenberg
Signature

Date  01/07/2026

Trustee: Marie-Ann Greenberg

Address: 30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

Contact phone  (973) 227-2840     Email  mag@magtrustee.com

| Debtor 1 | JAMES PETERS | | Case number *(if known)* | 19-10084 |
|---|---|---|---|---|
| | Name | | | |

# History Of Payments

**Part 3 - b (Prepetition Arrears)**

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 9 | Wells Fargo Bank, N.A | 06/17/2019 | 0828495 | Principal (System Check) | 265.15 |
| 9 | Wells Fargo Bank, N.A | 07/15/2019 | 0830370 | Principal (System Check) | 518.40 |
| 9 | Wells Fargo Bank, N.A | 08/19/2019 | 0832449 | Principal (System Check) | 518.40 |
| 9 | Wells Fargo Bank, N.A | 09/16/2019 | 0834387 | Principal (System Check) | 518.40 |
| 9 | Wells Fargo Bank, N.A | 10/21/2019 | 0836493 | Principal (System Check) | 531.90 |
| 9 | Wells Fargo Bank, N.A | 11/18/2019 | 0838486 | Principal (System Check) | 511.92 |
| 9 | Wells Fargo Bank, N.A | 12/16/2019 | 0840351 | Principal (System Check) | 205.92 |
| 9 | Wells Fargo Bank, N.A | 01/13/2020 | 0842254 | Principal (System Check) | 511.92 |
| 9 | Wells Fargo Bank, N.A | 02/10/2020 | 0844121 | Principal (System Check) | 511.92 |
| 9 | Wells Fargo Bank, N.A | 03/16/2020 | 0846077 | Principal (System Check) | 511.92 |
| 9 | Wells Fargo Bank, N.A | 04/20/2020 | 0848047 | Principal (System Check) | 511.92 |
| 9 | Wells Fargo Bank, N.A | 05/18/2020 | 0849779 | Principal (System Check) | 486.00 |
| 9 | Wells Fargo Bank, N.A | 06/15/2020 | 0851482 | Principal (System Check) | 486.00 |
| 9 | Wells Fargo Bank, N.A | 07/20/2020 | 0853368 | Principal (System Check) | 499.50 |
| 9 | Wells Fargo Bank, N.A | 08/17/2020 | 0855170 | Principal (System Check) | 499.50 |
| 9 | Wells Fargo Bank, N.A | 09/21/2020 | 0857080 | Principal (System Check) | 499.50 |
| 9 | Wells Fargo Bank, N.A | 10/19/2020 | 0858891 | Principal (System Check) | 499.50 |
| 9 | Wells Fargo Bank, N.A | 11/16/2020 | 0860656 | Principal (System Check) | 499.50 |
| 9 | Wells Fargo Bank, N.A | 12/21/2020 | 0862573 | Principal (System Check) | 499.50 |
| 9 | Wells Fargo Bank, N.A | 01/11/2021 | 0864125 | Principal (System Check) | 499.50 |
| 9 | Wells Fargo Bank, N.A | 02/22/2021 | 0866101 | Principal (System Check) | 346.88 |
| 9 | Wells Fargo Bank, N.A | 03/15/2021 | 0867669 | Principal (System Check) | 346.88 |
| 9 | Wells Fargo Bank, N.A | 04/19/2021 | 0869587 | Principal (System Check) | 346.88 |
| 9 | Wells Fargo Bank, N.A | 05/17/2021 | 0871375 | Principal (System Check) | 346.88 |
| 9 | WILMINGTON SAVINGS FUND SOCIET | 06/21/2021 | 0873257 | Principal (System Check) | 352.50 |
| 9 | WILMINGTON SAVINGS FUND SOCIET | 07/19/2021 | 0874964 | Principal (System Check) | 352.50 |
| 9 | WILMINGTON SAVINGS FUND SOCIET | 08/16/2021 | 0876679 | Principal (System Check) | 352.50 |
| 9 | WILMINGTON SAVINGS FUND SOCIET | 09/20/2021 | 0878475 | Principal (System Check) | 352.50 |
| 9 | WILMINGTON SAVINGS FUND SOCIET | 10/18/2021 | 0880198 | Principal (System Check) | 352.50 |
| 9 | WILMINGTON SAVINGS FUND SOCIET | 11/17/2021 | 0881863 | Principal (System Check) | 356.25 |
| 9 | WILMINGTON SAVINGS FUND SOCIET | 12/13/2021 | 0883503 | Principal (System Check) | 356.25 |
| 9 | WILMINGTON SAVINGS FUND SOCIET | 01/10/2022 | 0885151 | Principal (System Check) | 356.25 |
| 9 | WILMINGTON SAVINGS FUND SOCIET | 02/14/2022 | 0886887 | Principal (System Check) | 356.25 |
| 9 | WILMINGTON SAVINGS FUND SOCIET | 03/14/2022 | 0888550 | Principal (System Check) | 356.25 |
| 9 | WILMINGTON SAVINGS FUND SOCIET | 04/18/2022 | 0890332 | Principal (System Check) | 361.88 |
| 9 | WILMINGTON SAVINGS FUND SOCIET | 05/16/2022 | 0891955 | Principal (System Check) | 361.88 |
| 9 | WILMINGTON SAVINGS FUND SOCIET | 06/20/2022 | 0893722 | Principal (System Check) | 361.88 |
| 9 | WILMINGTON SAVINGS FUND SOCIET | 07/18/2022 | 0895334 | Principal (System Check) | 361.88 |
| 9 | WILMINGTON SAVINGS FUND SOCIET | 08/15/2022 | 0896881 | Principal (System Check) | 361.88 |
| 9 | WILMINGTON SAVINGS FUND SOCIET | 09/19/2022 | 0898568 | Principal (System Check) | 361.88 |
| 9 | WILMINGTON SAVINGS FUND SOCIET | 10/17/2022 | 0900167 | Principal (System Check) | 361.88 |
| 9 | WILMINGTON SAVINGS FUND SOCIET | 11/14/2022 | 0901741 | Principal (System Check) | 219.17 |
| 9 | WILMINGTON SAVINGS FUND SOCIET | 12/12/2022 | 0903259 | Principal (System Check) | 219.17 |
| 9 | WILMINGTON SAVINGS FUND SOCIET | 01/09/2023 | 0904753 | Principal (System Check) | 263.00 |
| 9 | WILMINGTON SAVINGS FUND SOCIET | 02/13/2023 | 0906345 | Principal (System Check) | 263.00 |
| 9 | WILMINGTON SAVINGS FUND SOCIET | 03/13/2023 | 0907916 | Principal (System Check) | 526.00 |
| 9 | MIDFIRST BANK | 05/15/2023 | 0909854 | Principal (System Check) | 263.00 |
| 9 | MIDFIRST BANK | 06/12/2023 | 0911311 | Principal (System Check) | 260.22 |
| 9 | MIDFIRST BANK | 07/17/2023 | 0912830 | Principal (System Check) | 260.22 |
| 9 | MIDFIRST BANK | 08/14/2023 | 0914348 | Principal (System Check) | 260.22 |
| 9 | MIDFIRST BANK | 09/18/2023 | 0915844 | Principal (System Check) | 260.22 |
| 9 | MIDFIRST BANK | 10/16/2023 | 0917345 | Principal (System Check) | 260.22 |
| 9 | MIDFIRST BANK | 11/13/2023 | 0918773 | Principal (System Check) | 256.04 |
| 9 | MIDFIRST BANK | 12/11/2023 | 0920197 | Principal (System Check) | 256.04 |
| 9 | MIDFIRST BANK | 01/08/2024 | 0921600 | Principal (System Check) | 256.04 |
| 9 | MIDFIRST BANK | 02/12/2024 | 0922926 | Principal (System Check) | 256.04 |
| 9 | MIDFIRST BANK | 03/11/2024 | 0924392 | Principal (System Check) | 256.04 |
| 9 | MIDFIRST BANK | 04/15/2024 | 0925806 | Principal (System Check) | 256.04 |
| 9 | MIDFIRST BANK | 05/10/2024 | 0927300 | Principal (System Check) | 256.04 |
| 9 | MIDFIRST BANK | 06/17/2024 | 0928668 | Principal (System Check) | 256.04 |
| 9 | MIDFIRST BANK | 07/15/2024 | 0930175 | Principal (System Check) | 256.04 |
| 9 | MIDFIRST BANK | 08/19/2024 | 0931570 | Principal (System Check) | 264.39 |
| 9 | MIDFIRST BANK | 09/16/2024 | 0933059 | Principal (System Check) | 264.40 |
| 9 | MIDFIRST BANK | 10/21/2024 | 0934416 | Principal (System Check) | 264.39 |
| 9 | MIDFIRST BANK | 11/18/2024 | 0935909 | Principal (System Check) | 261.61 |
| 9 | MIDFIRST BANK | 12/16/2024 | 0937290 | Principal (System Check) | 261.61 |

| Debtor 1 | JAMES PETERS | | Case number *(if known)* **19-10084** |
|---|---|---|---|
| | Name | | |

# History Of Payments

### Part 3 - b (Prepetition Arrears)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 9 | MIDFIRST BANK | 01/13/2025 | 0938717 | Principal (System Check) | 261.61 |
| 9 | MIDFIRST BANK | 02/10/2025 | 0940106 | Principal (System Check) | 261.61 |
| 9 | MIDFIRST BANK | 03/17/2025 | 0941458 | Principal (System Check) | 261.61 |
| 9 | MIDFIRST BANK | 04/14/2025 | 0942928 | Principal (System Check) | 261.62 |
| 9 | MIDFIRST BANK | 05/12/2025 | 0944354 | Principal (System Check) | 261.61 |
| 9 | MIDFIRST BANK | 06/16/2025 | 0945753 | Principal (System Check) | 47.93 |
| | | | | Total for Claim Number 9: | 25,081.89 |
| | | | | **Total for Part 3 - b (Prepetition Arrears):** | **25,081.89** |

### Part 3 - c (Postpetition Arrears)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 19 | WILMINGTON SAVINGS FUND SOCIET | 11/14/2022 | 0901741 | Principal (System Check) | 135.21 |
| 19 | CARRINGTON MORTGAGE SERVICES | 12/12/2022 | 0902068 | Principal (System Check) | 135.21 |
| 19 | CARRINGTON MORTGAGE SERVICES | 01/09/2023 | 0903559 | Principal (System Check) | 162.25 |
| 19 | CARRINGTON MORTGAGE SERVICES | 02/13/2023 | 0905063 | Principal (System Check) | 162.25 |
| 19 | CARRINGTON MORTGAGE SERVICES | 03/13/2023 | 0906678 | Principal (System Check) | 324.50 |
| 19 | MIDFIRST BANK | 05/15/2023 | 0909854 | Principal (System Check) | 162.25 |
| 19 | MIDFIRST BANK | 06/12/2023 | 0911311 | Principal (System Check) | 160.53 |
| 19 | MIDFIRST BANK | 07/17/2023 | 0912830 | Principal (System Check) | 160.53 |
| 19 | MIDFIRST BANK | 08/14/2023 | 0914348 | Principal (System Check) | 160.53 |
| 19 | MIDFIRST BANK | 09/18/2023 | 0915844 | Principal (System Check) | 160.53 |
| 19 | MIDFIRST BANK | 10/16/2023 | 0917345 | Principal (System Check) | 160.53 |
| 19 | MIDFIRST BANK | 11/13/2023 | 0918773 | Principal (System Check) | 157.96 |
| 19 | MIDFIRST BANK | 12/11/2023 | 0920197 | Principal (System Check) | 157.96 |
| 19 | MIDFIRST BANK | 01/08/2024 | 0921600 | Principal (System Check) | 157.96 |
| 19 | MIDFIRST BANK | 02/12/2024 | 0922926 | Principal (System Check) | 157.96 |
| 19 | MIDFIRST BANK | 03/11/2024 | 0924392 | Principal (System Check) | 157.96 |
| 19 | MIDFIRST BANK | 04/15/2024 | 0925806 | Principal (System Check) | 157.96 |
| 19 | MIDFIRST BANK | 05/10/2024 | 0927300 | Principal (System Check) | 157.96 |
| 19 | MIDFIRST BANK | 06/17/2024 | 0928668 | Principal (System Check) | 157.96 |
| 19 | MIDFIRST BANK | 07/15/2024 | 0930175 | Principal (System Check) | 157.96 |
| 19 | MIDFIRST BANK | 08/19/2024 | 0931570 | Principal (System Check) | 163.11 |
| 19 | MIDFIRST BANK | 09/16/2024 | 0933059 | Principal (System Check) | 163.10 |
| 19 | MIDFIRST BANK | 10/21/2024 | 0934416 | Principal (System Check) | 163.11 |
| 19 | MIDFIRST BANK | 11/18/2024 | 0935909 | Principal (System Check) | 161.39 |
| 19 | MIDFIRST BANK | 12/16/2024 | 0937290 | Principal (System Check) | 161.39 |
| 19 | MIDFIRST BANK | 01/13/2025 | 0938717 | Principal (System Check) | 161.39 |
| 19 | MIDFIRST BANK | 02/10/2025 | 0940106 | Principal (System Check) | 161.39 |
| 19 | MIDFIRST BANK | 03/17/2025 | 0941458 | Principal (System Check) | 161.39 |
| 19 | MIDFIRST BANK | 04/14/2025 | 0942928 | Principal (System Check) | 161.38 |
| 19 | MIDFIRST BANK | 05/12/2025 | 0944354 | Principal (System Check) | 161.39 |
| 19 | MIDFIRST BANK | 06/16/2025 | 0945753 | Principal (System Check) | 29.56 |
| | | | | Total for Claim Number 19: | 4,954.56 |
| | | | | **Total for Part 3 - c (Postpetition Arrears):** | **4,954.56** |

| Debtor 1 | **JAMES PETERS** | Case number *(if known)* | **19-10084** |
|---|---|---|---|
| | Name | | |

19-10084

## CERTIFICATE OF SERVICE

I did this date serve the attached document(s) on the parties listed below by placing the same in the United States mail with proper postage affixed thereto and addressed as follows:

JAMES PETERS
1526 CORNELL DRIVE
LINDEN, NJ  07036

JUDITH PETERS

KML LAW GROUP, P.C.
701 MARKET STREET
SUITE 5000
PHILADELPHIA, PA  19106

MIDFIRST BANK
BANKRUPTCY PAYMENT
999 NW GRAND BLVD 110
OKLAHOMA CITY, OK  73118-6077

MIDFIRST BANK
BANKRUPTCY DEPARTMENT
999 NW GRAND BLVD #110
OKLAHOMA CITY, OK  73118-6077

Service to the following is effective through electronic means pursuant to Fed. R. Bankr. P. 9036.  See Bankruptcy Court's Notice of Electronic Filing:

DARIN D. PINTO, ESQ.
376 SOUTH AVENUE EAST
WESTFIELD, NJ  07090

Date:  January 07, 2026

/s/ Charles DArrigo

30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550