<table>
<tr><td colspan="2"><strong>Information to identify the case:</strong></td></tr>
</table>

| | | |
|---|---|---|
| Debtor 1 | James Peters | Social Security number or ITIN   xxx–xx–0212 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Judith Peters | Social Security number or ITIN   xxx–xx–2378 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:   19–10084–VFP

## Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

James Peters
aka James D Peters

Judith Peters
aka Judith Doklia–Peters, aka Judith B Peters

4/8/26

**By the court:** Vincent F. Papalia
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                     **Chapter 13 Discharge**                     page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

Form 3180W          **Chapter 13 Discharge**          page 2

United States Bankruptcy Court

District of New Jersey

In re:                                                                    Case No. 19-10084-VFP

James Peters                                                          Chapter 13

Judith Peters

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Apr 08, 2026 | Form ID: 3180W | Total Noticed: 64 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James Peters, Judith Peters, 1526 Cornell Drive, Linden, NJ 07036-5407 |
| cr | + | WELLS FARGO BANK, N.A., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | WELLS FARGO BANK, NA, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | Wilmington Savings Fund Society, FSB, et al, Matthew Fissel, Brock and Scott, PLLC Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 517951864 | + | Justin Peters, 1526 Cornell Drive, Linden, NJ 07036-5407 |
| 517950520 | | KIA Motor Finance, PO Box 629027, El Dorado Hills, CA 95762-9027 |
| 517950528 | | Overlook Medical Center, PO Box 35611, Newark, NJ 07193-5611 |
| 517950529 | + | Phelan Hallinan Diamond & Jones, PC, 400 Fellowship Road, Suite 100, Mount Laurel, NJ 08054-3437 |
| 518162725 | | Secretary of Housing & Urban Development, 451 Seventh Street SW, Washington DC 20410-8000 |
| 517950538 | + | The Grogan Law Group, 17 Prospect Street, Morristown, NJ 07960-6862 |
| 517950539 | | US Secretary of Housing & Urban Dev., 451 Seventh St., NW, Washington, DC 20410-8000 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 08 2026 20:59:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 08 2026 20:59:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: AISACG.COM | Apr 09 2026 00:44:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517950509 | ^ | MEBN | Apr 08 2026 20:53:45 | ARS Account Resolution, 1643 NW 136 Avenue, Bldg. H, STE 100, Sunrise, FL 33323-2857 |
| 517950510 | | Email/Text: legal@arsnational.com | Apr 08 2026 20:59:00 | ARS National Services Inc., PO Box 469100, Escondido, CA 92046-9100 |
| 517950507 | ^ | MEBN | Apr 08 2026 20:53:38 | Alpha Recovery Corp., 6912 S. Quentin St, Unit 10, Centennial, CO 80112-4531 |
| 517950508 | + | Email/PDF: bncnotices@becket-lee.com | Apr 08 2026 20:57:40 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 517993070 | | Email/PDF: bncnotices@becket-lee.com | Apr 08 2026 20:57:31 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517950511 | + | EDI: BANKAMER | Apr 09 2026 00:44:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 518025821 | + | EDI: BANKAMER2 | Apr 09 2026 00:44:00 | Bank of America, N.A., P O Box 982284, El Paso, |

District/off: 0312-2                                    User: admin                                    Page 2 of 4

Date Rcvd: Apr 08, 2026                                Form ID: 3180W                                Total Noticed: 64

| | | | |
|---|---|---|---|
| | | | TX 79998-2284 |
| 517950512 | + EDI: Q3GTBI | Apr 09 2026 00:44:00 | Bureaus Investment Group Portfolio No 15, 650 Dundee Road, Suite 370, Northbrook, IL 60062-2757 |
| 517980679 | EDI: Q3GTBI | Apr 09 2026 00:44:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517950513 | + Email/Text: payments@brsi.net | Apr 08 2026 20:59:00 | Business Revenue Systems, Inc., 2419 Spy Run Avenue, Fort Wayne, IN 46805-3262 |
| 519211935 | Email/Text: BKBCNMAIL@carringtonms.com | Apr 08 2026 20:58:00 | WILMINGTON SAVINGS FUND SOCIETY,, FSB, AS TRUSTEE OF STANWICH, MORTGAGE LOAN TRUST I, Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| 517950514 | Email/Text: cms-bk@cms-collect.com | Apr 08 2026 20:59:00 | Capital Management Services LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 517950515 | EDI: CAPONEAUTO.COM | Apr 09 2026 00:44:00 | Capital One Auto Finance, PO Box 60511, City of Industry, CA 91716-0511 |
| 517961820 | + EDI: AISACG.COM | Apr 09 2026 00:44:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517972979 | + EDI: AISACG.COM | Apr 09 2026 00:44:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 518014594 | Email/PDF: bncnotices@becket-lee.com | Apr 08 2026 20:57:33 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517950516 | + EDI: WFNNB.COM | Apr 09 2026 00:44:00 | Comenity Bank/NY & Co., PO Box 182789, Columbus, OH 43218-2789 |
| 517950517 | ^ MEBN | Apr 08 2026 20:52:30 | D&A Services, 1400 E. Touhy Avenue, STE G2, Des Plaines, IL 60018-3338 |
| 517950518 | EDI: CITICORP | Apr 09 2026 00:44:00 | DSNB American Express, PO Box 8218, Mason, OH 45040 |
| 517950523 | EDI: CITICORP | Apr 09 2026 00:44:00 | Macys, PO Box 8218, Mason, OH 45040 |
| 518078380 | EDI: Q3G.COM | Apr 09 2026 00:44:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518046215 | Email/Text: BNCnotices@dcmservices.com | Apr 08 2026 20:58:00 | Emergency Physician Associate North Jersey, PO Box 1123, Minneapolis MN 55440-1123 |
| 517976814 | + Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Apr 08 2026 20:59:00 | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 517950521 | ^ MEBN | Apr 08 2026 20:53:35 | KIA Motors Finance, 4000 Macarthur Blvd, Ste 1000, Newport Beach, CA 92660-2544 |
| 517950522 | + EDI: CAPITALONE.COM | Apr 09 2026 00:44:00 | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 517950526 | Email/Text: mgreenwood@motionfcu.org | Apr 08 2026 20:58:00 | Motion Federal Credit Union, Park & Brunswick Avenue, Linden, NJ 07036 |
| 517950524 | ^ MEBN | Apr 08 2026 20:53:34 | Mercantile, 165 Lawrence Bell Drive, Suite 100, Williamsville, NY 14221-7900 |
| 519896019 | + EDI: AISMIDFIRST | Apr 09 2026 00:44:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department 73118-6051 |
| 519896018 | + EDI: AISMIDFIRST | Apr 09 2026 00:44:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |

District/off: 0312-2

User: admin

Page 3 of 4

Date Rcvd: Apr 08, 2026

Form ID: 3180W

Total Noticed: 64

| | | | | |
|---|---|---|---|---|
| 517950525 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 08 2026 20:59:00 | Midland Funding, 2365 Northside Drive #300, San Diego, CA 92108-2710 |
| 518034098 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 08 2026 20:59:00 | Midland Funding LLC, P.O. Box 2011, Warren, MI 48090-2011 |
| 517950527 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Apr 08 2026 20:58:00 | Nissan Motor Acceptance, 8900 Freeport Pkwy, Irving, TX 76063 |
| 517972704 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Apr 08 2026 20:58:00 | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 517950531 | | EDI: PRA.COM | Apr 09 2026 00:44:00 | Portfolio Recovery Associates, 120 Corporate Blvd, STE 449, Norfolk, VA 23502 |
| 517950530 | | EDI: PRA.COM | Apr 09 2026 00:44:00 | Portfolio Recovery Associates, PO Box 12914, Norfolk, VA 23541 |
| 518066203 | | EDI: PRA.COM | Apr 09 2026 00:44:00 | Portfolio Recovery Associates, LLC, C/O Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 518069006 | | EDI: PRA.COM | Apr 09 2026 00:44:00 | Portfolio Recovery Associates, LLC, c/o Jc Penney, POB 41067, Norfolk VA 23541 |
| 517950532 | + | Email/Text: ngisupport@radiusgs.com | Apr 08 2026 20:58:00 | Radius Global Solutions LLC, PO Box 390846, Minneapolis, MN 55439-0846 |
| 517950534 | + | EDI: SYNC | Apr 09 2026 00:44:00 | SYNCB/MC, PO Box 965005, Orlando, FL 32896-5005 |
| 517950535 | + | EDI: SYNC | Apr 09 2026 00:44:00 | SYNCB/Score Rewards, PO Box 965005, Orlando, FL 32896-5005 |
| 517950533 | + | Email/Text: clientservices@simonsagency.com | Apr 08 2026 20:59:00 | Simons Agency Inc., 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |
| 517952569 | + | EDI: PRA.COM | Apr 09 2026 00:44:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517950536 | + | EDI: SYNC | Apr 09 2026 00:44:00 | Synchrony Bank/JC Penny, PO Box 965007, Orlando, FL 32896-5007 |
| 517950537 | + | EDI: Q3GTBI | Apr 09 2026 00:44:00 | The Bureaus Inc., 650 Dundee Road, STE 370, Northbrook, IL 60062-2757 |
| 518056826 | | EDI: USBANKARS.COM | Apr 09 2026 00:44:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 517950519 | | EDI: USBANKARS.COM | Apr 09 2026 00:44:00 | Elan Financial Services, PO Box 108, Saint Louis, MO 63166 |
| 518060796 | + | EDI: AIS.COM | Apr 09 2026 00:44:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517950540 | ^ | MEBN | Apr 08 2026 20:53:30 | Waypoint Resource Group, 301 Sundance Pkwy, Round Rock, TX 78681-8004 |
| 518033808 | + | EDI: WFHOME | Apr 09 2026 00:44:00 | Wells Fargo Bank, N.A., Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |
| 517950541 | + | EDI: WFHOME | Apr 09 2026 00:44:00 | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 53

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

District/off: 0312-2                              User: admin                              Page 4 of 4

Date Rcvd: Apr 08, 2026                          Form ID: 3180W                           Total Noticed: 64

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519211936 | *P++ | CARRINGTON MORTGAGE SERVICE LLC, 1600 S DOUGLAS RD SUITE 110, ANAHEIM CA 92806-5951, address filed with court:, WILMINGTON SAVINGS FUND SOCIETY,, FSB, AS TRUSTEE OF STANWICH, MORTGAGE LOAN TRUST I, Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| 519896021 | *+ | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department 73118-6051 |
| 519896020 | *+ | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor Wilmington Savings Fund Society  FSB, et al andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Darin D Pinto | on behalf of Joint Debtor Judith Peters dpintolaw@comcast.net |
| Darin D Pinto | on behalf of Debtor James Peters dpintolaw@comcast.net |
| Jason Brett Schwartz | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| Nicholas V. Rogers | on behalf of Creditor WELLS FARGO BANK  NA nj.bkecf@fedphe.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9