Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  19−10084−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| James Peters | Judith Peters |
| aka James D Peters | aka Judith Doklia−Peters, aka Judith B |
| 1526 Cornell Drive | Peters |
| Linden, NJ 07036 | 1526 Cornell Drive |
| | Linden, NJ 07036 |

Social Security No.:
  xxx−xx−0212                          xxx−xx−2378

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>May 7, 2026</u>                    <u>Vincent F. Papalia</u>
                                              Judge, United States Bankruptcy Court